# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

David Mortimer,
    Plaintiff,

v.

Wyman- Gordon Investment Castings, Inc.,
    Defendant.

**APPEARANCE**

CASE NUMBER: 3:03CV720(JCH)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:    David Mortimer

| | |
|---|---|
| 02/16/2004 | *[signature]* |
| Date | Signature |
| ct. 10183 | Holly Quackenbush Darin |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 447-8975 | 225 State Street, Suite 200 |
| Telephone Number | Address |
| (860) 447-9136 | New London, CT 06320 |
| Fax Number | |
| holly@sattiandsatti.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michael C. Wilcox, Esq- Aloise & Wilcox, 1 Exchange Place, Worchester, MA 01608

Jon L. Schoenhorn, Esq.- Schoenhorn & Assoc., 97 Oak Street, Hartford, CT 06016

*[signature]*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001