# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DAVID MORTIMER,                                    CIVIL ACTION NO.  3:03CV720 (JCH)

                  PLAINTIFF,

V.

WYMAN-GORDON INVESTMENT
CASTINGS, INC.,

                  DEFENDANTS.

                                         FEBRUARY 23, 2004

## PLAINTIFF'S RESPONSE TO NOTICE TO COUNSEL
## DATED FEBRUARY 6, 2004

In accordance with the Court's Notice to Counsel dated February 6, 2004 the

Plaintiff, David Mortimer ("Plaintiff Mortimer") respectfully submits the following

explanation as to why this matter should not be dismissed.

1.     Since this matter was filed in April, 2003 the Plaintiff's counsel Michael

E. Satti has had numerous telephone calls with the Defendant's counsel regarding

settlement.

2.     On October 22, 2003 Attorney Michael E. Satti sent a letter to Attorney

Wilcox regarding dates for mediation in late November or December 2003.  See Letter to

Attorney Wilcox attached hereto as Exhibit A.

3.     Thereafter, on November 12, 2003 and November 17, 2003 Attorney

Wilcox's office called to indicate a preference for February 3, 2004 as a mediation date

**ORAL ARGUMENT NOT REQUESTED**

but apparently misunderstood Attorney Satti's October 22, 2003 letter to mean that

mediation would be conducted at one of the attorney's offices.

      4.     However, given the holidays which occurred shortly after this

communication from Attorney Wilcox's office Attorney Satti has been unable to clarify

this misunderstanding with opposing counsel.  Further, in January 2004 Attorney Satti

was diagnosed with ruptured cervical disc and underwent a spinal fusion on February 9,

2004 and will be unable to return to work for at least one more week and will be unable

to drive for several weeks thereafter.

      5.     In any event, based upon the settlement discussions which have occurred

and the parties' intention to mediate this matter, the Plaintiff respectfully requests that this

matter not be dismissed and that the matter be referred to a Magistrate for a settlement

conference.

 

                    THE PLAINTIFF,
                    DAVID MORTIMER


               By: _____
                  Holly Quackenbush Darin (Ct. 10183)
                  Michael E. Satti (Ct. 01311)
                  Satti & Satti, P.C.
                  225 State Street, Suite 200
                  New London, CT 06320
                  (860) 447-8975
                   -His Attorneys-

## CERTIFICATION

This is to certify that on this day 23rd day of February, 2004, the foregoing was sent First Class Mail, postage prepaid to the following attorneys of record.

Michael C. Wilcox, Esq.
Aloise & Wilcox
1 Exchange Place
Worcester, MA 06108

Jon L. Schoenhorn
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06016

_____
Holly Quackenbush Darin