UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 13  P 12: 18
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| DAVID MORTIMER, | CIVIL ACTION NO. 3:03CV720 (JCH) |
| PLAINTIFF, | |
| V. | |
| WYMAN-GORDON INVESTMENT CASTINGS, INC., | |
| DEFENDANTS. | APRIL 12, 2004 |

## MOTION FOR EXTENSION OF TIME
## AS OF RIGHT

The Plaintiff, David Mortimer ("Plaintiff Mortimer"), pursuant to Local Rule of Civil Procedure 7(b) hereby requests an extension of time of thirty (30) days from April 25, 2004 up to and including May 25, 2004, to respond to Defendant's Document Production Requests to Plaintiff dated March 26, 2004 and Defendant's Interrogatories Propounded to Plaintiff dated March 26, 2004.

In support hereof Plaintiff Mortimer represents as follows:

    1. Plaintiff Mortimer's counsel has not sought any prior enlargement of time to respond to Defendant's discovery requests.

    2. Plaintiff's counsel attempted to contact Michael C. Wilcox, counsel for defendant on April 12, 2004 at 2:40 p.m. and left a message with his secretary. We received no response from Attorney Wilcox consenting to or opposing the said extension of time.

**ORAL ARGUMENT NOT REQUESTED**

1

3. During the week of April 19, 2004, both Michael Satti and Holly Quackenbush Darin, counsel for Plaintiff Mortimer, are scheduled to go on vacation and will be unable to properly respond to the Defendant's discovery requests by April 25, 2004.

WHEREFORE, the Plaintiff Mortimer respectfully requests an extension of time up to and including May 25, 2004, to respond to Defendant's Document Production Requests to Plaintiff dated March 26, 2004 and Defendant's Interrogatories Propounded to Plaintiff dated March 26, 2004..

                THE PLAINTIFF,
                DAVID MORTIMER

By: *[signature]*
Holly Quackenbush Darin (Ct. 10183)
Michael E. Satti (Ct. 01311)
Satti & Satti, P.C.
225 State Street, Suite 200
New London, CT 06320
(860) 447-8975
 -His Attorneys-

## CERTIFICATION

This is to certify that on this day 12th day of April 2004, the foregoing was sent via facsimile and First Class Mail, postage prepaid to the following attorneys of record:

Michael C. Wilcox, Esq.
Aloise & Wilcox
1 Exchange Place
Worcester, MA 06108

Louis P. Aloise
Aloise & Wilcox
1 Exchange Place
Worcester, MA 06108

Jon L. Schoenhorn
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06016

Holly Quackenbush Darin