UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No: 3.03CV720 (JCH)

DAVID MORTIMER,           )
                          )
        Plaintiff,        )
                          )
Vs.                       )
                          )
                          )
WYMAN-GORDON INVESTMENT   )
CASTINGS, INC.,           )
                          )
        Defendant.        )

**DEFENDANT'S MOTION TO EXTEND TIME FOR SUBMISSION OF FINAL PRETRIAL MEMORANDUM**

The defendant, Wyman-Gordon Investment Castings, Inc., hereby seeks an extension of time for the submission of the Pre Trial Memorandum per this Court's notice of March 5, 2004 which is presently due to be submitted no later than May 3, 2004 at 2:00 p.m.

In support of this motion the defendant states that there has been no scheduling conference conducted in this case and no discovery orders have been issued. The matter was dismissed by the Court on February 6, 2004 due to lack of action, the matter was restored in response to plaintiff's request on or about March 5, 2004. The plaintiff's counsel has reported to this court that counsel have, since the outset of this case, repeatedly discussed settlement positions and have been referred to United States Magistrate Judge Fitzsimmons who is scheduled to conduct a settlement conference on

**NO ORAL ARGUMENT REQUESTED**

[Handwritten annotations in margin: "#21/1", "COPY 4/27/04", "Motion Granted. No further extensions will be granted. So Ordered." with signature]