UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID MORTIMER : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-03-cv-720 (JCH) |
| : | |
| WYMAN-GORDON INVESTMENT : | |
| CASTINGS, INC. : | JUNE 14, 2004 |

## RULING RE: MOTION FOR ORDER [DKT. NO. 23]

The parties have filed a Joint Motion for Court Order [Dkt. No. 23]. In connection with its consideration of that Motion, defendant's counsel is ordered to give notice to the third party (or her counsel), by copy of this Order and copy of the pending Joint Motion, of the court's consideration of the Joint Motion.

If the third party has objection to the granting of this pending Joint Motion, such objection must be filed by June 25, 2004 or the court will grant the Joint Motion.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 14th day of June, 2004.

                                                                                        /s/ Janet C. Hall
                                                                                        Janet C. Hall
                                                                                       United States District Judge