UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MORTIMER

V.                                          Case Number:  3:03cv720JCH

WYMAN GORDON

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 6/17/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on July 17, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, June 24, 2004.


                        KEVIN F. ROWE, CLERK

                    By: _____
                        Catherine Boroskey
                        Deputy Clerk