UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID MORTIMER, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:03CV720 (JCH) |
| V. | |
| WYMAN-GORDON INVESTMENT CASTINGS, INC., | |
| DEFENDANTS. | JULY 15, 2004 |

### MOTION FOR EXTENSION OF TIME

The Plaintiff, David Mortimer ("Plaintiff Mortimer"), pursuant to Local Rule of Civil Procedure 7(b) hereby requests an extension of time of two (2) weeks from July 17, 2004 up to and including July 30, 2004, to file closing papers relating to the settlement of this matter.

In support hereof Plaintiff Mortimer represents as follows:

1. A proposed Settlement Agreement has been exchanged between parties and one issue still needs to be resolved.

2. Plaintiff's counsel drafted a Stipulation of Dismissal on July 8, 2004 and forwarded it via email to Defendant's counsel for execution. At this time, counsel for Defendant has not sent it back executed.

3. Once the fully executed Settlement Agreement and the settlement

**ORAL ARGUMENT NOT REQUESTED**

1

monies are received by the Plaintiff's counsel, the Stipulation of Dismissal will executed and filed by the undersigned.

4. Counsel for the Defendant Wyman Gordon has been consulted and he consents to the requested extension of time.

WHEREFORE, the Plaintiff Mortimer respectfully requests an extension of time up to and including July 30, 2004, to respond to file closing papers with the Court.

                                THE PLAINTIFF,
                                DAVID MORTIMER

By: /s/ Michael E. Satti
Michael E. Satti (Ct. 01311)
Satti & Provatas, P.C.
225 State Street, Suite 200
New London, CT 06320
(860) 447-8975
-His Attorneys-

## **CERTIFICATION**

      This is to certify that on this day 15th day of July 2004, the foregoing was sent via First Class Mail, postage prepaid to the following attorneys of record:

Michael C. Wilcox, Esq.
Aloise & Wilcox
1 Exchange Place
Worcester, MA 06108

Louis P. Aloise
Aloise & Wilcox
1 Exchange Place
Worcester, MA 06108

Jon L. Schoenhorn
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06016

                                        _____
                                        Michael E. Satti