UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 30 A 9:51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DAVID MORTIMER,

        PLAINTIFF,

V.

WYMAN-GORDON INVESTMENT CASTINGS, INC.,

        DEFENDANTS.

CIVIL ACTION NO.
3:03CV720 (JCH)

JULY 29, 2004

## MOTION FOR EXTENSION OF TIME

The Plaintiff, David Mortimer ("Plaintiff Mortimer"), pursuant to Local Rule of Civil Procedure 7(b) hereby requests an additional extension of time of two (2) weeks from July 30, 2004 to August 13, 2004, to file closing papers relating to the settlement of this matter.

In support hereof Plaintiff Mortimer represents as follows:

    1. Plaintiff Mortimer executed the Confidential Settlement Agreement and General Release and it was sent to counsel for the Defendant on July 16, 2004.

    2. As of July 28, 2004, counsel for the Defendant confirms that the Settlement Agreement has been sent to the Defendant, Wyman Gordon, but that the Agreement has not yet been executed by the Defendant.

    3. Plaintiff's counsel drafted a Stipulation of Dismissal on July 8, 2004 and forwarded it via email to Defendant's counsel for execution. Counsel for the

**ORAL ARGUMENT NOT REQUESTED**

1

Plaintiff continues to await receipt of the fully executed Stipulation so that they may file it with Court.

4. Once the fully executed Settlement Agreement and the settlement monies are received by the Plaintiff's counsel, the Stipulation of Dismissal will executed and filed by the undersigned.

5. Counsel for the Defendant Wyman Gordon has been consulted and he consents to the requested extension of time.

WHEREFORE, the Plaintiff Mortimer respectfully requests an additional extension of time up to and including August 13, 2004, to file closing papers with the Court.

THE PLAINTIFF,
DAVID MORTIMER

By: /s/ Michael E. Satti
Michael E. Satti (Ct. 01311)
Satti & Provatas, P.C.
225 State Street, Suite 200
New London, CT 06320
(860) 447-8975
-His Attorneys-

2

## CERTIFICATION

This is to certify that on this day 29th day of July 2004, the foregoing was sent via First Class Mail, postage prepaid to the following attorneys of record:

Michael C. Wilcox, Esq.
Aloise & Wilcox
1 Exchange Place
Worcester, MA 06108

Louis P. Aloise
Aloise & Wilcox
1 Exchange Place
Worcester, MA 06108

Jon L. Schoenhorn
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06016

Michael E. Satti