UNITED STATES DISTRICT COURT
DISTRICT CONNECTICUT

| | |
|---|---|
| DAVID MORTIMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3.03CV720 (JCH) |
| ) | |
| WYMAN-GORDON INVESTMENT ) | |
| CASTINGS, INC., ) | |
| ) | |
| Defendant ) | |

### *JOINT STIPULATION OF DISMISSAL*

The parties jointly request that the Court enter the attached Order, dismissing the case with prejudice, with each party to bear its own costs, pursuant to Fed. R. Civ. P. 41 (a)(2).

Respectfully submitted,

_____
Michael C. Wilcox, Esquire
CT 24989
Louis P. Aloise, Esquire
CT 24990
Attorneys for Defendant
Aloise & Wilcox, P.C.
One Exchange Place
Worcester, MA 01608
(508) 755-8118

_____
Michael E. Satti
CT. 01311
Attorney for Plaintiff
Satti & Provatas, P.C.
225 State Street, Suite 200
New London, CT 06320
860-447-8975

UNITED STATES DISTRICT COURT
DISTRICT CONNECTICUT

| | |
|---|---|
| DAVID MORTIMER,              )<br>                              )<br>    Plaintiff,                )<br>                              )<br>vs.                           )<br>                              )<br>WYMAN-GORDON INVESTMENT       )<br>CASTINGS, INC.,               )<br>                              )<br>    Defendant                 )<br>                              ) | Civil Action No. 3.03CV720 (JCH) |

## *ORDER*

    IT IS HEREBY ORDERED that the Joint Stipulation of Dismissal is hereby GRANTED, with each party to bear its own costs.

    IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order upon all attorneys of record.

    IT IS SO ORDERED.

Date: _____

_____
United States District Judge